UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TWYLA C. BARLOW,<br>Defendant. | **INFORMATION**<br><br>CASE NO.<br><br>JUDGE<br><br>18 U.S.C. §1703(b) - Misdemeanor |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**Delay or Destruction of Mail or Newspapers**

On or about May 5, 2021, in the Southern District of Ohio, the defendant, **TWYLA C. BARLOW**, being a United States Postal Service officer and employee, knowingly and improperly detained and delayed mail not directed to the office where she was employed.

**All in violation of Title 18, United States Code, Section 1703(b).**

VIPAL J. PATEL
Acting United States Attorney

Amanda C. Soto-Ortega (RUA PR 15,421)
Special Assistant United States Attorney